IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNOLD J. HARRIS,<br>　　　Plaintiff<br><br>　　　v.<br><br>HEARING EXAMINER<br>A. HIMES, et al.,<br>　　　Defendants | No. 1:16-CV-0040<br><br>(Judge Kane) |

# ORDER

**AND NOW**, this 18th day of September 2017, upon consideration of Defendants' motion for summary judgment (Doc. No. 28), brief in support (Doc. No. 29), statement of facts (Doc. Nos. 30, 31), and Plaintiff's briefs in opposition (Doc. Nos. 32, 35), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 28), is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendants Amy Himes and Travis Frye and against Plaintiff Arnold J. Harris; and

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　s/Yvette Kane
　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　Middle District of Pennsylvania